## **AFFIDAVIT OF SERVICE**

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:22-CV-03458-JPC

Date Filed: 4/28/2022

Plaintiff:
**MIGUELINA MIRANDA DE SANTOS**

vs.

Defendant:
**EXCELENTE GIL CAFETERIA & RESTAURANT CORP., JOSE GIL a/k/a Jose A. Gil and ARACELIS ALMANZAR.**

For:
COLIN MULHOLLAND
COLIN MULHOLLAND, ESQ
30-97 STEINWAY STREET
#301A
ASTORIA, NY 11103

Received by Metro Process Servers of NY, Inc. to be served on **JOSE GIL A/K/A JOSE A GIL, 1206 STRATFORD AVENUE, BRONX, NY 10472**.

I, Sophocles Tsouros, being duly sworn, depose and say that on the **2nd day of May, 2022** at **7:29 am**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT** with **JANE DOE, REFUSED LAST NAME, EMPLOYEE** at **1206 STRATFORD AVENUE, BRONX, NY 10472**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT** in a postpaid envelope addressed to: **1206 STRATFORD AVENUE, BRONX, NY 10472** and bearing the words "Personal & Confidential" by First Class Mail on **5/2/2022** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Upon information and belief I aver that the defendant is not in military service of New York State or the United States as that term is defined in either the state or in the federal statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: Hispanic, Height: 5'6", Weight: 140, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 2nd day of May, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC
THEODORE KOLOKOURIS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01KO4874085
Qualified In Queens County
My Commision Expires 10-20-2022

Sophocles Tsouros
2050879-DCA

**Metro Process Servers of NY, Inc.**
**29-17A 23rd Ave.**
**Astoria, NY 11105**
**(718) 440-3144**

Our Job Serial Number: MRO-2022000514

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1g

