# Law Offices of Colin Mulholland

Employment and Civil Litigation

| | |
|---|---|
| 30-97 Steinway Street<br>Suite 301-A<br>Astoria, NY 11103 | Telephone: (347) 687-2019<br>cmulhollandesq@gmail.com |

August 29th, 2022

Honorable John P. Cronan
United States District Judge
Thurgood Marshall
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Miranda De Santos v. Excelente Gil Cafetería & Restaurant Corp.

22-cv-3458 (JPC)

Your Honor,

I write in compliance with the Court's Order to advise the Court of the status of this matter and to request leave to submit a further status letter. The parties participated in a mediation session on July 28th, 2022. The session was generally productive even if the parties remain apart. All sides agreed to conduct a second follow-up session in September.

If the Court would so permit, the parties would respectfully ask leave to continue scheduling a second mediation session through the SDNY program and to submit a further status letter in early October. Counsel for Defendants consent to this application.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiff*

The request is granted. The parties may schedule a second mediation session, and they shall submit a joint status letter by October 7, 2022.

SO ORDERED
Date: August 30, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge