```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MIGUELINA MIRANDA DE SANTOS,                                           :
                                                                       :
                          Plaintiff,                                   :
                                                                       :           22 Civ. 3458 (JPC)
            -v-                                                        :
                                                                       :           ORDER
EXCELENTE GIL CAFETERIA & RESTAURANT                                   :
CORP. et al.,                                                          :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 30, 2022, the Court ordered the parties to submit a joint letter updating the Court on the status of the case by October 7, 2022. Dkt. 19. The docket reflects that the parties have not submitted that letter to the Court. They are therefore ordered to submit it by November 10, 2022.

SO ORDERED.

Dated: November 3, 2022
       New York, New York                    _____
                                                    JOHN P. CRONAN
                                             United States District Judge