UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MIGUELINA MIRANDA DE SANTOS,                                           :
:
Plaintiff,                            :
:         22 Civ. 3458 (JPC)
-v-                                                 :
:              ORDER
EXCELENTE GIL CAFETERIA & RESTAURANT                                   :
CORP. *et al.*,                                                        :
:
Defendants.                           :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court hereby schedules trial in this case to commence on January 15, 2024.  A final pretrial conference shall be held at 9:00 a.m. on January 10, 2024 in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  By December 15, 2023, the parties shall submit a joint proposed pretrial order pursuant to section 7.B of the Court's Individual Rules and Practices in Civil Cases, and by that same date they shall each submit the required pretrial filings set forth in section 7.C of the Court's Individual Rules and Practices in Civil Cases.  Should either party file a motion *in limine*, pursuant to section 7.C.iv, or a pretrial memorandum of law, pursuant to section 7.C.v, the other party's opposition shall be submitted by December 22, 2023, as provided in those sections.  Furthermore, pursuant to section 7.F each party shall submit courtesy copies of any documentary evidence to be used at trial by January 10, 2024.

      SO ORDERED.

Dated: August 2, 2023
      New York, New York
                                                                JOHN P. CRONAN
                                                            United States District Judge