UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUELINA MIRANDA DE SANTOS,

        Plaintiff,

-against-

EXCELENTE GIL CAFETERIA & RESTAURANT CORP., et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/03/2023

22-CV-3458 (JPC) (BCM)

**ORDER REGARDING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

As discussed at the conclusion of today's judicially-supervised settlement conference, it is hereby ORDERED:

1. No later than **the close of business on October 23, 2023**, the parties shall submit a confidential joint letter, by email to Moses_NYSDChambers@nysd.uscourts.gov, providing an update on the status of the parties' continued negotiations.

2. The Court will hold a confidential, counsel-only follow-up settlement conference on **October 24, 2023, at 11:00 a.m.** If the parties do not reach a settlement before that date, the Court will circulate the dial-in information on the morning of the conference.

Dated: New York, New York
       October 3, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**