UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MIGUELINA MIRANDA DE SANTOS,                                            :
:
                      Plaintiff,                                         :
:   22 Civ. 3458 (JPC) (BCM)
    -v-                                                              :
:   <u>ORDER</u>
EXCELENTE GIL CAFETERIA & RESTAURANT                                    :
CORP., *et al.*,                                                        :
:
                      Defendants.                                        :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that, through a referral for settlement before the Honorable Barbara C. Moses, the parties have reached a settlement in principle. Accordingly, it is ordered that the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by December 11, 2023, or otherwise provide the Court with an update as to the status of the settlement.

      SO ORDERED.

Dated: November 27, 2023
       New York, New York
                                                       JOHN P. CRONAN
                                           United States District Judge