UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MIGUELINA MIRANDA DE SANTOS,                                         :
:
                      Plaintiff,                                      :
:      22 Civ. 3458 (JPC) (BCM)
     -v-                                                            :
:      <u>ORDER</u>
EXCELENTE GIL CAFETERIA & RESTAURANT                                 :
CORP. *et al.*,                                                      :
:
                     Defendants.                                     :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle. In light of this information, the trial scheduled to begin on January 15, 2024, is adjourned *sine die*. All associated deadlines are likewise adjourned *sine die*. By January 3, 2024, the parties shall submit a status letter advising the Court on the status of settlement unless, prior to that date, the parties file settlement materials under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015) or an acceptance of an offer of judgment pursuant to Federal Rule of Civil Procedure 68.

      SO ORDERED.

Dated: December 21, 2023
       New York, New York
                                                 _____
                                                   JOHN P. CRONAN
                                             United States District Judge